# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MORGAN MICHELLE HOKE

CR NO: 2:08-MJ-0080 EFB

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum.

Name of Detainee: **MORGAN MICHELLE HOKE**

Detained at (custodian): **Century Regional Detention Facility**

Detainee is: a.) ☒ charged in this district by:
☐ Indictment          ☐ Information          ☒ Complaint
Charging Detainee With: **Bank Robbery**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: [signed]
Printed Name & Phone No: Michelle Rodriguez   (916) 554-2773
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☐ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 3-5-2008          [signed] United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | Male ☐  Female ☒ |
| Booking or CDC #: | Booking #1177438 | DOB: 1986 |
| Facility Address: | 11705 Alameda Street | Race: |
| | Lynwood, CA | FBI #: |
| Facility Phone: | (213) 473-6080 | |
| Currently Incarcerated For: | Bank Robbery (Texas) | |

---

**RETURN OF SERVICE**

Executed on ~~3/5~~ _____ by _____
(Signature)

Form Crim-48                                                      Revised 11/19/97